## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIGUEL OLMO** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF** | : | |
| **CORRECTIONS, SUPERINTENDENT** | : | |
| **TAMMY FERFUSON, WELLPATH, LLC** | : | |
| Formerly known as Correct Care, LLC, | : | |
| Medical Director STEPHEN WEINER | : | |
| D.O., JENNIFER DUMAS, CRNP, JILL | : | |
| MCGINLEY RN, FRANCINE MUSETTI RN, | : | |
| CYNTHIA CURRIE, MONIQUE AUGUSTE | : | |
| LPN, KATHERINE MORRIS RN, JOHN | : | |
| DOE MEDICAL PROVIDERS I-V, JANE | : | |
| DOE MEDICAL PROVIDERS I-V, JOHN | : | |
| DOE CORRECTIONAL OFFICERS I-V, | : | |
| JANE DOE CORRECTIONAL OFFICERS | : | |
| I-V and SARAH FARRELL CRNP | : | NO. 21-4333 |

## ORDER

**NOW,** this 29th day of November, 2021, upon consideration of the defendants' Motion to Dismiss by Defendant Wellpath, LLC f/k/a Correct Care, LLC (Doc No. 3), the defendants' Amended Motion to Dismiss by Defendants Wellpath, LLC f/k/a Correct Care, LLC, Stephen Wiener, and Sarah Farrell (Doc No. 13) and the plaintiff's response, it is **ORDERED** that the motions are **DENIED**.

/s/ TIMOTHY J. SAVAGE J.