# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIGUEL OLMO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, SUPERINTENDENT TAMMY FERGUSON, WELLPATH, LLC** Formerly known as Correct Care, LLC, Medical Director **STEPHEN WEINER D.O., JENNIFER DUMAS, CRNP, JILL MCGINLEY RN, FRANCINE MUSETTI RN, CYNTHIA CURRIE, MONIQUE AUGUSTE LPN, KATHERINE MORRIS RN, JOHN DOE MEDICAL PROVIDERS I-V, JANE DOE MEDICAL PROVIDERS I-V, JOHN DOE CORRECTIONAL OFFICERS I-V, JANE DOE CORRECTIONAL OFFICERS I-V and SARAH FARRELL CRNP** | : : : : : : : : : : : : | **NO. 21-4333** |

## ORDER

**NOW**, this 31st day of May, 2022, upon consideration of the Commonwealth Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 44), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED:**

1. Count I is **DISMISSED** as to the defendants Jill McGinley, Cynthia Currie, and Monique Auguste.

2. Count II is **DISMISSED** as to the defendants Pennsylvania Department of Corrections, Jill McGinley, Cynthia Currie, and Monique Auguste.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.