IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIGUEL OLMO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF** | : | |
| **CORRECTIONS, SUPERINTENDENT** | : | |
| **TAMMY FERGUSON, WELLPATH, LLC** | : | |
| Formerly known as Correct Care, LLC, | : | |
| Medical Director STEPHEN WEINER | : | |
| D.O., JENNIFER DUMAS, CRNP, JILL | : | |
| MCGINLEY RN, FRANCINE MUSETTI RN, | : | |
| CYNTHIA CURRIE, MONIQUE AUGUSTE | : | |
| LPN, KATHERINE MORRIS RN, JOHN | : | |
| DOE MEDICAL PROVIDERS I-V, JANE | : | |
| DOE MEDICAL PROVIDERS I-V, JOHN | : | |
| DOE CORRECTIONAL OFFICERS I-V, | : | |
| JANE DOE CORRECTIONAL OFFICERS | : | |
| I-V and SARAH FARRELL CRNP | : | **NO. 21-4333** |

## ORDER

**NOW**, this 31st day of May, 2022, upon consideration of defendant Jennifer Dumas' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 55), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED**:

1. To the extent that the motion seeks to dismiss Count I, it is **GRANTED**.

2. To the extent that the motion seeks to dismiss Counts II, it is **DENIED**.

3. Count I is **DISMISSED** as to the defendant Jennifer Dumas.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.